**Michael Ross BEHR, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 10–2090.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 4, 2010.

Filed: Nov. 4, 2010.

Michael R. Behr, Ph.D., Northfield, MN, pro se.

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minne-

sota.

Thomas J. Clark, Anthony T. Sheehan, Hilarie Snyder, U.S. Department of Justice, Washington, DC, for Appellee.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Michael Behr appeals the district court's [1] dismissal of his complaint alleging that the Internal Revenue Service (IRS) improperly collected taxes from him. Upon careful de novo review, *see Carter v. Arkansas*, 392 F.3d 965, 968 (8th Cir.2004) (de novo review of Fed.R.Civ.P. 12(b)(6) dismissal); *Lemonds v. St. Louis County*, 222 F.3d 488, 492 (8th Cir.2000) (de novo review of Fed.R.Civ.P. 12(b)(1) dismissal), we affirm for the reasons stated by the district court, *see* 8th Cir. R. 47B.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota, now retired.